NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-863

STATE OF LOUISIANA

VERSUS

JACQUELYN BERNARD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ON WRIT OF CERTIORARI FROM THE
CITY COURT OF CROWLEY, SIXTH WARD
PARISH OF ACADIA, DOCKET NUMBERS 72604 &72605
HONORABLE BARRETT HARRINGTON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SYLVIA R. COOKS**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Oswald A. Decuir, Glenn B. Gremillion, Judges.

**REVERSED.**

Lorie A. McGee
Assistant District Attorney
P.O. Box 288
Acadia Parish Courthouse
Crowley, Louisiana 70527
(337) 788-8831
COUNSEL FOR APPELLEE:
    State of Louisiana

G. Shelly Maturin, II
Galloway & Jefcoat, L.L.P.
P.O. Box 61550
Lafayette, Louisiana 70506-1550
(337) 984-8020
COUNSEL FOR APPELLANT:
    Jacquelyn Bernard